```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
     411 West Fourth Street, Suite 8000
     Santa Ana, CA 92701
     Telephone: (714) 338-3532
     Facsimile: (714) 338-3523
     E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DON HUGHES, | ) | No. SA CV 07-1116-OP |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having received and approved Stipulation to Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged concurrent with the lodging of the within Judgment.

DATED: June 30, 2008

_____
UNITED STATES MAGISTRATE JUDGE

1 | Presented by:
2 | THOMAS. P. O'BRIEN
United States Attorney
3 | LEON W. WEIDMAN
Assistant United States Attorney
4 | Chief, Civil Division
5 |      /s/ Marcus M. Kerner
_____
6 | MARCUS M. KERNER
Assistant United States Attorney
7 |
Attorneys for Defendant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28