Jimmy O. Ewenike, Bar # 133406
**Law Offices of Jimmy Ewenike**
434 South Euclid, Suite 104
Anaheim, California 92802
Telephone: (714) 491-4840
Fax: (714) 257-9987
Email:ewenike@yahoo.com


Attorney for Plaintiff
Mr. Don Hughes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mr. Don Hughes ) | |
| ) | CASE NO. SACV 07-01116 JSL (OP) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | STIPULATION FOR AWARD OF ATTORNEY'S |
| Michael Astrue, Commissioner ) | FEE AND COST UNDER THE EQUAL |
| Social Security Administration ) | ACCESS TO JUSTICE ACT (EAJA) |
| ) | |
| ) | |
| Defendant. ) | [28 U.S.C. 2412, et seq] |
| _____) | |

　　Based upon the parties' concurrently filed Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that counsel for Plaintiff as Plaintiff's assignee shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of SIX THOUSAND AND TWO HUNDRED DOLLARS and no/cents ($6,200), as authorized by 28 U.S.C. §2412(d), and $380.50 in costs, subject to the terms of the above-referenced Stipulation.

DATED: 10/6/08

_____
UNITED STATES MAGISTRATE JUDGE